■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL BUTLER, Appellant. [31 NYS3d 877]—

Judgment, Supreme Court, Bronx County (Ralph Fabrizio, J.), rendered March 8, 2012, convicting defendant, after a jury trial, of manslaughter in the first degree, and sentencing him to a term of 22 years, unanimously affirmed.

The record does not establish that counsel improperly delegated to her client the decision to agree to a joint trial with the codefendant. Instead, the record supports the conclusion that in agreeing to a joint trial, along with redactions of portions of defendant's statement that arguably incriminated the codefendant, counsel weighed defendant's desire for a joint trial, but ultimately accepted her client's choice on the basis of her own professional judgment as well (*see People v Gottsche*,

118 AD3d 1303, 1303-1305 [4th Dept 2014], *lv denied* 24 NY3d 1084 [2014]). This is not a case like *People v Colville* (20 NY3d 20 [2012]), or *People v Lee* (120 AD3d 1137 [2014]), where the court made a ruling by choosing the defendant's position over the attorney's contrary position on a matter within the purview of counsel. In any event, harmless error analysis applies (*see Colville*, 20 NY3d at 32-33), and we find that any error in this regard was harmless.

We perceive no basis for reducing the sentence. Concur—Mazzarelli, J.P., Acosta, Saxe, Kapnick and Kahn, JJ.